IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : : : : : : : : : : : | CIVIL ACTION NO. 02-3136 |
| Plaintiff, | | |
| v. | | JURY TRIAL DEMANDED |
| CLAIMS SERVICES RESOURCE GROUP, INC. | | |
| Defendant. | | |

**<u>STIPULATION OF NUMBER OF DEFENDANT'S EMPLOYEES</u>**

Defendant Claims Services Resource Group, Inc. hereby stipulates that, during the relevant time frame, it employed in excess of 500 employees. Pursuant to the Civil Rights Act of 1991, 42 U.S.C. § 1981a(b)(3)(D), the sum of the amount of compensatory damages and punitive damages able to be awarded in this matter shall not exceed $300,000.

Respectfully submitted,

_____
Kristine Grady Derewicz
Barbara Rittinger Rigo
Littler Mendelson, P.C.
Three Parkway, Suite 1400
1601 Cherry Street
Philadelphia, PA 19102
(267) 402-3003

Dated: August 1, 2002

Attorneys for Defendant

CERTIFICATE OF SERVICE

I, Kristine Grady Derewicz, hereby certify that I caused a true and correct copy of the foregoing Stipulation of Number of Defendant's Employees to be served via first class mail, upon:

>Dawn M. Edge, Esquire
>Trial Attorney
>Equal Employment Opportunity Commission
>21 S. 5th Street
>Suite 400
>Philadelphia, PA  19106

_____
Kristine Grady Derewicz

Dated: August 1, 2002