IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EQUAL EMPLOYMENT | : | CIVIL ACTION |
| OPPORTUNITY COMMISSION | : | |
| | : | |
| vs. | : | |
| | : | |
| PEROT SYSTEMS CORPORATION | : | NO. 02-3163 |
| and CLAIMS SERVICES RESOURCES | : | |
| GROUP | : | |

## O R D E R

**AND NOW**, this 7th day of October, 2002, the parties, through counsel, having reported that they have reached a settlement agreement in principle and that " . . . we will finalize the settlement process within the next few weeks," **IT IS ORDERED** that, on or before October 28, 2002, the parties, through counsel, shall jointly report to the Court in writing (letter to Chambers, Room 12613) with respect to (a) the status of their settlement discussions and (b) the need for further Court proceedings. In the event additional time is required, it should be requested before October 28, 2002.

BY THE COURT:

_____
**JAN E. DUBOIS, J.**