IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | : : : | CIVIL ACTION |
| vs. | : : | |
| PEROT SYSTEMS CORPORATION and CLAIMS SERVICES RESOURCES GROUP | : : : | NO. 02-3163 |

**O R D E R**

AND NOW, this 28th day of October, 2002, the parties, through counsel, having reported that the parties have agreed upon the language of the settlement documents and that once the charging party, Jesse Alcaraz, has signed the agreed-upon form of release and returned it to counsel, the parties will file the stipulated Consent Decree and Stipulation of Dismissal,[1] **IT IS ORDERED** that, on or before November 19, 2002, the parties, through counsel, shall jointly report to the Court in writing (letter to Chambers, Room 12613) with respect to (a) the status of their settlement discussions and (b) the need for further Court proceedings. In the event additional time is required, it should be requested before November 19, 2002.

BY THE COURT:

_____
JAN E. DUBOIS, J.

---

[1] All such information was included in a status report dated October 28, 2002.